PHILIP FITZPATRICK, Respondent, *v.* BENJAMIN F. BURDICK, Appellant.

(Argued June 12, 1889; decided June 25, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made July 2, 1887, which affirmed a judgment in favor of the plaintiff, entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Johnson & Lamb* for appellant.

*C. J. Patterson* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

ROSIE RYDZENSKI, as Administratrix, etc., Appellant, *v.* THE STATEN ISLAND RAPID TRANSIT RAILROAD COMPANY, Respondent.

(Argued June 14, 1889; decided June 25, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made July 1, 1887, which affirmed a judgment in favor of the defendant on trial, entered upon an order dismissing the complaint.

*Thomas W. Fitzgerald* for appellant.

*William W. MacFarland* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.